UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:22-cr-00176-JPH-MJD |
| ANDRE TAYLOR, | ) | -01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Mark J. Dinsmore's Report and Recommendation

and all findings therein, dkt. [98]. The Court now **ORDERS** that Andre Taylor's

supervised release is therefore **REVOKED**, dkt. [89], and Mr. Taylor is

sentenced to the custody of the Attorney General or his designee for

imprisonment of 14 months with no federal supervision to follow. The Court

recommends placement at FCI Ashland, Kentucky, if such is deemed to be an

appropriate facility by the Bureau of Prisons. Violation number 2 is

**DISMISSED**.

**SO ORDERED.**

Date: 5/26/2026

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C